# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2162. EVA EMERY POLITZER v. THE STATE.**

Eva Emery Politzer has been charged with three counts of driving under the influence and one count each of reckless driving, failure to maintain lane, and disregarding a traffic control device. The State filed a motion to introduce evidence of extrinsic bad acts. The trial court granted the motion, and Politzer filed a notice of appeal from that order. We, however, lack jurisdiction.

The order that Politzer seeks to appeal is not final, as the charges against her remain pending below. Accordingly, Politzer was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) in order to obtain appellate review at this juncture. See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995); *Spell v. State*, 120 Ga. App. 398 (170 SE2d 701) (1969). Her failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____08/03/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*